Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

JUL 29 AM 10: 21

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| Kenneth Gabriel Fairchild | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| Frank "pete' Elliott, Gordon D. Sanchez, Raymond Tomsick, Stevn Sanchez -Cutlip Steve Fraga, .See attach | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth Gabriel Fairchildt |
| Address | 9247 w 100th Circle . |
| | Broomfield / CO / 80021 |
| | *City / State / Zip Code* |
| County | Jefferson |
| Telephone Number | 720-808-3537 |
| E-Mail Address | virtueassetssinc@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Frank "Pete" elliott |
| Job or Title *(if known)* | CEO Seasonal Sales INC(co), Jurrassic Firworks (wyo) |
| Address | 3369 W 62nd |
| | Denver / CO / 80221 |
| | *City / State / Zip Code* |
| County | Adams` |
| Telephone Number | 720-329-2946 |
| E-Mail Address *(if known)* | wizzbizz101@yahoo.com |

☒ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Gordon Sanchez |
| Job or Title *(if known)* | Attn 12919 |
| Address | 5965 Zinnia LN. |
| | Arvada / CO / 80002 |
| | *City / State / Zip Code* |
| County | Jefferson |
| Telephone Number | 7203-323-0493 |

|  |  |  |  |
|---|---|---|---|
| E-Mail Address *(if known)* | gordonsanchez55@msn.com | | |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 3**
- Name: Steve Fraga
- Job or Title *(if known)*: Hacker
- Address: 925 Lincoln Street 10J
  - City: Denver
  - State: CO
  - Zip Code: 80203
- County: Denver
- Telephone Number: 303-668-9586
- E-Mail Address *(if known)*: stevefraga@yahoo.com

☒ Individual capacity    ☐ Official capacity

**Defendant No. 4**
- Name: See attached
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. 1983 - Civil action for deprivation of rights
Title 18, U.S.C., Section 241 Conspiracy Against Rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The Defendant's and witttness are sprread out around the country and use the Fireworks hub in Wyoming to add to the list of stalked peeople. The banks they infiltrate are in multiple states and countries.

42 U.S.C. 1983 - Civil action for deprivation of rights
Title 18, U.S.C., Section 241 Conspiracy Against Rights.
Fraud
Bank Fraud
Human Trafficking

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendant's and witttness are sprread out around the country and use the Fireworks hub in Wyoming to add to the list of stalked peeople. The banks they infiltrate are in multiple states and countries. State law, Criminal and civil are voiolated.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

This is Ongoing 24/7/365 -Current police reports- Denver police received a report 03/08/2021 that a bomb went off in the neighborhood of South Denver as an intimidation tactic by Frank "Pete" Elliott 03/07/2021. Raymond Tomisk 303-564-7109. Steven Fraga 303-668-.9586 Gordon Sanchez 720.343.0293. ATF Agent Collaboration extends to a multi state organization Known as "Seasonal Sales INC", And  "Car Hop. aka Gordon Sanchez ". Westminster Police April 15tyh 2022 theft. State of Wyoming 07/2020 Jurassic fireworks, Governor's office, Broomfield P.D. Death threats may 6th 2020. FTC 07/22/2022 FBI 07/21/2022, Lakewood PD. 2/12/2021, Denver PD. Multiple more.Westminister 07/2022 FBi 2022 IC3 2022

B. What date and approximate time did the events giving rise to your claim(s) occur?

04/015/2018

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ongoing- The Following has happened for a number of reasons. After four years of collective research. Here is empirical evidence and explanation for the reason for the intent to execute the crimes that have been committed for the past 12 years against me when the first wire was implanted on me after being drugged.

The last four years of 24/7 surveillance and "gang stalking" wass been used to steal my identity, my unemployment, my interest left to buy three deceased peers I had in 2018-2019. The group also used my data to use phishing scams and check/bank fraud to steal and that of my 69 year old neighbor Jill A. Neumayer 1-7-53 in the amount of 240k. This alleged friends and family crew have managed to biohack and gang stalk me to steal inheritances from both myself and my Neighbor Jill A Neumayer.bY USING , Voice to Skull V2K, Direct Energy Weapons DEW, remote neutral weapons, Brain to interface BCI.

The Theft is thought to be 30 Million trust inheritance. Data theft of FDIC mortgage records stored in a hard drive for 25 years of records of personal and interpersonal properties of over 500k colorado residences. Elderly Phishing and check fraud to 2 million. I have tracked 9 deaths allocated to these criminals and 8 people currently going through the same problems I have been. These predators have taken law into their own hands and tried to manipulate an American civilian whose primary functionality in business has only created businesses that advocate interests beneficial to the public and public figures. The acts against a civilian on american soil is and act of terrorism. I am making sure the neighbors, banks businesses and HOAs of the terrorists that claim to be a communist party. This group has been electronically harassing and survaliancing people since 1965. I have been made aware of other abductees i..e Steven Fraga (abducted 2019) and (Steven Cutlip abducted 2016) are the most recent abductions in the cult/ mafia and I personally witnessed them going through the experience.

Records from comast and FCC for the Phone usage IMEI 358212102488029\

Advents Avista CT Scan 07/13/2022 anda deeper brain scan will show illegal chip implants and wire.

Over 80 gift cards from scam

Change of addresss records while in jail and during initial Hack after illegal surgery

Ip address from logins at county jails will show my chip in wifi-Jeffco-Adams-Broomfield County Jail records show my resting heart rate in the middle of the night at 190/160

Identity theft was used when the parties stole my birth certificate and siocail security card

My publc s storadge unit will be listed in Gordon Sanchez name or and affiliatte of him.

Raymond Tomsick will have phone records of the line set up that all wittness talk to text too.

No warrant arrewsts mhave been made by Mike Venables , Steve sanchez, Gino Fuentes

False Charges have been allegged.

My car was survallianced and many other are throughg the Wyoming buisness.

The group claim to be a subcult and all where cameras that can be detected through Piezoelectric ultrasound

They group has threatened/ survalienced my entire family since the 80's.

Hacked and stole money KaratBars INternational, and multiple FDIC and state banks.

Harrassing phone calls to over 12 women in my life.

Threatened three employers.

Text and personal threaats including admintance of guilt along with the Major perp texting all parties plus addition wittnesses

Metropolitan State Colledge hack, harrasment,

False reports to City of westminister

Check fraud over 3 milion

See attached for wittness/ defenant/victim

10 people currently are being surrvalianced and "Gang Stalked"

3600 are beeing infatrated with mind control radiation.RF

Since 1966 8 people have died i know in afilation with anoynous problems that are all mentioned in this report.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Rose Medical -08/2018
Rose Medical 11/2020
Advent Avista-07/2022

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Recovery of all lost wages.
Trust accounts
Two vehicles
4 years of 24/7 harrasssment and punitive 25 million.
Criminal Investigations
Recovery of elderly theft
Damages for each accident

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/29/2022

Signature of Plaintiff

Printed Name of Plaintiff   Kenneth Gabriel Fairchild

### B. For Attorneys

Date of signing: 07/29/2022

Signature of Attorney   Pro Se

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

   City   State   Zip Code

Telephone Number

E-mail Address

**ALERT: Human Trafficking-**   This document contains a list of parents and kids that have been subjected to a local sub-cult that is human trafficking/ biohacking, and edgedtheft trust of elderly. There has been a breach of data of multiple banks, and an FBI case investigating the following people and there children. As a victim of the Bio hack and theft I know these names have been targeted in the case as either possible victims or actual culprit.

RE: Jefferson, Douglas, Adams, Greely, Weld, Broomfield, Arapahoe, All private and Public Schools.

**NAME AND ADDRESS LIST FOR INVESTIGATORS-**

Frank Pete Elliott (Jurassic Fireworks, Nice Christmas Trees, Green chile.com) 3369 w 62th Ave Denver CO 80221-runs wire

Mathew Provenzano & Sarah Provenzano 720-323-4436 5383 S LAMAR ST DENVER, CO 80123

Kathleen Ann Elliott -7801 W 35th Ave Wheat Ridge CO 80033\

Antonio Cabral- Bio hack and anti trust 16372 85th Drive Arvada Colorado 80007

Raymond Tomsick Licensed Real (Agent and Mtg broker)
303-564-7109- 3201 SHOSHONE ST UNIT 403 DENVER, CO 80211

Steven Fraga 303-668-9586 @5 million stolen/ wire fraud/ biohacking  925 Lincoln Denver Co 80203 10-J ST

Gordon Sanchez (PC) 720-343-0293 5965 Zinnia Way Arvada CO 80004
Randy Rodriguez 11367 River Run Drive Henderson CO 80641
(ems warfare and wire)
Maurette Sanchez(Real Estate) 303-9298-3217 5965 Zinnia Court Arvada CO 80004

Ryan Sanchez &
Chris Sanchez 720-301--6472 (roofing Contractor All Around roofing) 303-929-9142 925 Lincoln Denver Co 80203 20a/b ST

Frank Pete Elliot 720-329-2946  8/5/65 3369 W 62nd ave. Denver Co 80221
ssn 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 Jurassic fireworks Wyoming 201 I 25srv road. Cheyenne WY 82007
Locations - Jurassic Fireworks

Steven Safet Bojku
Witness List

Michelle Biesner(unknowingly)(espn)

Luindsay Kruse
Jared Goff
Jason Dekowzin
Steve Cutlip
Chris Elliott
Aubrey Elliuott
Chris Sanchez
Joey Sieler
Justyna Nyjustima
Cindy Gray


Jason Dekowzin-Multiple guns and Threats
Ryan Sanchez 925 Lincoln 20a/b Denver, CO. 80201
Raymond Tomsick Licensed Real (Agent and Mtg broker) 303-564-7109 -Multiple guns and death threats.

Kristina Doyle Licensed( RN) Works at BW3 arvada threats and intimidation

Kristina Doyles Julie……Cherry creek dog rescue, now evergreen dog rescue lives in evergreen co.

Michelle Biesner(unknowingly)(espn)


Scott Harrison Retired military.

Robert Lemon
Austin Goff
Micheal Venables
Danielle Harrington-Ioacovetta
Jarid Goff
Maurette Sanchez(Real Estate)
Ryan Sanchez (roofing Contractor All round roofing)
Chris Sanchez
Ryan Quintana
Joseph saint veltri attorney
Samantha Schlund
Max Harrison
Scott Harrison
Cathy Elliott
Rick Cabral
Antonio Cabral
Shawn Dashen
Steve Safet bojku
Chance, Larry,  Thede
Joshua nottadge
Brayden Forsyth
Brain Zimmerman
Jon Merezko

Justyna
Tom Deck
Megan Deck
Nicholas Cabral
Troy Contestable
Teresa Contestable

**Deceased-**

Chad Allen
Micheal Mcdougal
Mike Howe
Ryan Howe
Kelly Paddilla
Mike Sponsel

**Under Surveillance with chip / Or wire-**

Bridgette long -Lakewood
Kenneth Farrow-Adams County jail
David Aguliar- jefferson County- 100k Bond (chip right toe because of his alleged victim's attorney G. Sanchez)
Mike Kuhl
Kevin Large
Alsion Turner- Rehab
Rudy Lucero
Nathan Fairchild